**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

EARL FERGUSON and BETTY
FERGUSON,                                          :

      Plaintiffs,                                  :

vs.                                                :          CA 2:11-0549-KD-C

TENNESSEE AMERICAN RECYCLING,
LLC, INTERNATIONAL PAPER
COMPANY, FIRST FLEET, INC., RBX,
INC. d/b/a RBX TRANSPORTATION,
INC.,                                              :

      Defendants.                                  :

## ORDER

This matter is before the undersigned on the motion for admission *pro hac vice* of David A. Childers (Doc. 18), filed October 12, 2011.  Upon a review of the motion and the documents attached thereto, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that counselor Childers, as a member in good standing of the Bar of the Supreme Court of Missouri, who has complied with the rules of this Court, be and is hereby admitted *pro hac vic*e to serve the interests of justice in the above-entitled cause.

Mr. Childers **SHALL**, however, supplement the motion filed on his behalf with a certificate of good standing from one federal court in which he has been admitted to practice.  The supplementation is due not later than **October 27, 2011**.

**DONE and ORDERED** this the 17th day of October, 2011.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**